**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: *Jim Rose, et al.,*
              *v.*
      *Mercedes-Benz USA, LLC, et al.*

Case Number: *1:22-cv-06099*

An appearance is hereby filed by the undersigned as attorney for:

    Plaintiff Jim Rose and the Putative Class

Attorney name (type or print): David C. Wright

Firm: McCune Law Group

Street address: 3281 E. Guasti Road, Suite 100

City/State/Zip: Ontario, California 91761

Bar ID Number: 177468
(See item 3 in instructions)

Telephone Number: 909-557-1250

Email Address: dcw@mccunewright.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X | |
| Are you acting as local counsel in this case? | | X |
| Are you a member of the court's trial bar? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 2, 2023

Attorney signature: S/ *David C. Wright*
    (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015