**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Jim Rose and
Anita Gian,

Plaintiffs,

v.

Mercedes-Benz USA, LLC, Mercedes-Benz Group
AG formerly known as Daimler,
and Does 1 through 100, inclusive

Defendants.

Case No. 22-cv-6099
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

         which ☐ includes      pre–judgment interest.
                   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: This case is dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date: 12/11/2023               Thomas G. Bruton, Clerk of Court

                                   Dawn A. Moreno, Deputy Clerk