IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jim Rose and<br>Anita Gian,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz USA, LLC, Mercedes-Benz Group AG formerly known as Daimler,<br>and Does 1 through 100, inclusive<br><br>Defendants. | Case No. 22-cv-6099<br>Judge Mary M. Rowland |

## **AMENDED JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

   which ☐ includes       pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to compel.

Date: 12/11/2023                              Thomas G. Bruton, Clerk of Court

                                              Dawn A. Moreno, Deputy Clerk